UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------X
SAMAN CHUBINEH,

                        Plaintiff,      Case No. 1:14-cv-01091-JTC

- against -

ENHANCED RECOVERY COMPANY, LLC,    **STIPULATION OF DISMISSAL WITH PREJUDICE**

                        Defendant.
----------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff Saman Chubineh and defendant Enhanced Recovery Company, LLC, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-entitled action be and hereby is dismissed with prejudice, with each party to bear its own costs, expenses, disbursements and attorneys' fees.

Dated: April 15, 2015.

| | |
|---|---|
| LAW OFFICE OF CYRUS B. CHUBINEH | SMITH, GAMBRELL & RUSSELL, LLP |
| By: *[signature]* <br> Cyrus B. Chubineh | By: *[signature]* <br> John G. McCarthy |
| *Attorneys for Plaintiff* <br> 2655 Millersport Highway #714 <br> Getzville, New York 14068 <br> Tel: (716) 864-0715 <br> Fax: (716) 478-8540 <br> chubineh@yahoo.com | *Attorneys for Defendant* <br> 1301 Avenue of the Americas, 21st Floor <br> New York, New York 10019 <br> Tel: (212) 907-9700 <br> Fax: (212) 907-9800 <br> jmccarthy@sgrlaw.com |